MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3717
   Fax: (510) 637-3724
   E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00901 SBA |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO SET STATUS CONFERENCE ON JULY 2, 2012 |
| KENNETH BERRY, | ) | |
|     Defendant. | ) | |

     The above-captioned matter was previously set on May 22, 2012 before District Court Judge Saundra B. Armstrong for a status conference.  That date was vacated and the parties were instructed to set the matter before the Magistrate Court. The parties request that this Court set this matter for status conference before the duty Magistrate judge on July 2, 2012 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between May 22, 2012 and July 2, 2012.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

STIPULATION AND EXCLUSION OF TIME
CR 10-00901 SBA

(B)(iv).

Such continuance is required because: defense counsel will be out of the district for a portion of the month of June; an evidence viewing was recently conducted; and defense counsel needs time to review discovery relating to an earlier arrest that is being provided. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between May 22, 2012 and July 2, 2012 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 31, 2012              Respectfully submitted,

                                 MELINDA HAAG
                                 United States Attorney

                                 _/s/ Christina McCall_
                                 CHRISTINA McCALL
                                 Assistant United States Attorney

                                 _/s/ Ned Smock_
                                 NED SMOCK
                                 Attorney for Kenneth Berry

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until July 2, 2012 at 9:30 a.m. before the Magistrate Court, and time is excluded until July 2, 2012.

**IT IS SO ORDERED.**

DATED:    5/31/12

                                 SAUNDRA B. ARMSTRONG
                                 United States District Court Judge

STIPULATION AND EXCLUSION OF TIME
CR 10-00901 SBA