MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0901 SBA |
|    Plaintiff, ) | |
| ) | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON OCTOBER 2, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| KENNETH BERRY, ) | |
|    Defendant. ) | |

      The above-captioned matter is set on July 11, 2012 before the magistrate court for a status conference. The parties request that this Court vacate that date and set this matter for change of plea and sentencing on October 2, 2012 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and October 2, 2012.

      The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office, the parties request that this matter be set on October 2, 2012 at 10:00 a.m. for change of

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCT. 2, 2012 & TO EXCLUDE TIME
No. CR-10-0901 SBA

plea and sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between the date of this stipulation and October 2, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: July 9, 2012

/s/    /s/
_____    _____
CHRISTINA M. McCALL    NED SMOCK
Assistant United States Attorney    Counsel for Kenneth Berry
Counsel for United States

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on October 2, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between the date of this stipulation and October 2, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on June 15, 2010 at 10:00 a.m., and that time between the date of this stipulation and October 2, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by

the defendant and the attorney for the government. The status conference currently set for June 11, 2012 is hereby vacated.

    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED: 7/10/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge